JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ADAM C. RAIMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00254 LJO-SKO-1 |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date:  May 6, 2013 |
| ADAM C. RAIMER, | Time:  1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MARK J. MC KEON, Assistant United States Attorney, counsel for plaintiff, and JANET BATEMAN, Assistant Federal Defender, counsel for defendant, ADAM C. RAIMER, that the date for status conference in this matter may be continued to May 6, 2013, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is March 18, 2013.  The requested new date is May 6, 2013, at 1:00 p.m.**

The defense needs more time to review the voluminous discovery and continue its investigation. The government does not object.

////

////

////

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: March 12, 2013 | By */s/ Mark J. McKeon*<br>MARK J. McKEON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| DATED: March 12, 2013 | By */s/ Janet Bateman*<br>JANET BATEMAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>ADAM C. RAIMER |

**O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   March 13, 2013**              /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

RAIMER: Stipulation to Continue Status Conference          2