1 HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 JANET BATEMAN, CA Bar #241210
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ADAM C. RAIMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00254 LJO-SKO-1 |
|---|---|---|
| *Plaintiff*, | ) ) | STIPULATION TO VACATE STATUS CONFERENCE  HEARING AND SET FOR |
| v. | ) ) | CHANGE OF PLEA HEARING; ORDER THEREON |
| ADAM C. RAIMER, | ) ) | Date:   October 28, 2013 |
| *Defendant*. | ) ) ) | Time:   8:30 a.m. Judge: Honorable Lawrence J. O'Neill |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for September 30, 2013, at 1:00 p.m., before Magistrate Judge Sheila K. Oberto, **may be vacated and the matter reset for a change of plea hearing on October 28, 2013, at 8:30 a.m., before the Honorable Lawrence J. O'Neill.**

The parties have reached an agreement.  The requested change of plea hearing will conserve time and resources for both counsel and the court.  The government has no objection to this request.

///

///

///

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 20, 2013

/s/ *Mark McKeon*
MARK MC KEON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: September 20, 2013

/s/ *Janet Bateman*
JANET BATEMAN
Assistant Federal Defender
Attorneys for Defendant
ADAM C. RAIMER

**O R D E R**

**IT IS SO ORDERED.**

DATED: September 20, 2013

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
U.S. District Court Judge
Eastern District of California