HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ADAM C. RAIMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-00254 LJO-SKO-1 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING TO FEBRUARY 3, 2014;  ORDER THEREON |
| vs. | |
| ADAM C. RAIMER, | DATE: February 3, 2014 |
| | TIME:   8:00 a.m. |
| Defendants. | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Sentencing Hearing in the above-captioned matter now set for January 21, 2013, at 8:00 a.m., before Honorable Lawrence J. O'Neill, **may be continued to February 3, 2014, at 8:00 a.m., before the Honorable Lawrence J. O'Neill.**

The defense requests this continuance in order to finish gathering and preparing mitigation material.  Preparation of the mitigation material has been hampered by defense counsel's schedule and difficulty locating relevant individuals.  The government has no objection to this request.

//

//

//

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

                                          BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  January 13, 2014            /s/ Mark McKeon
                                        MARK MCKEON
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:  January 13, 2014            /s/ Janet Bateman
                                        JANET BATEMAN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ADAM C. RAIMER

**O R D E R**

IT IS SO ORDERED.

   Dated:  **January 13, 2014**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE