| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | ADAM C. RAIMER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-0254 LJO / SKO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING; ORDER |
| vs. | ) | |
| | ) | |
| ADAM C. RAIMER, | ) | DATE: June 25, 2018 |
| | ) | TIME: 10:15 a.m. |
| Defendant. | ) | JUDGE: Lawrence J. O'Neill |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Mark McKeon, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Adam C. Raimer, that sentencing currently set for June 11, 2018, may be rescheduled to Monday, June 25, 2018 at 10:15 a.m. before the Honorable Lawrence J. O'Neill.

Probation has been in discussion with both the government and defense counsel in an effort to resolve this matter. The parties have reached a joint resolution that will take a couple of weeks to implement. Accordingly, in the interests of judicial efficiency the parties jointly request that Mr. Raimer's sentencing hearing be continued for two weeks.

Raimer: Stipulation and Order

|   |   |   |
|---|---|---|
|   | | Respectfully submitted, |
|   | | |
|   | | MCGREGOR SCOTT |
|   | | United States Attorney |
| DATED: June 4, 2018 | By: | */s/ Mark McKeon* |
|   | | MARK MCKEON |
|   | | Assistant United States Attorney |
|   | | |
|   | | HEATHER E. WILLIAMS |
|   | | Federal Defender |
| DATED: June 4, 2018 | By: | */s/ Peggy Sasso* |
|   | | PEGGY SASSO |
|   | | Assistant Federal Defender |
|   | | Attorney for Defendant |
|   | | ADAM C. RAIMER |

**O R D E R**

IT IS SO ORDERED.

Dated: **June 4, 2018**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE