# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **ADAM C RAIMER** | Criminal Number: **1:12CR00254-001** |
| | Defendant's Attorney: Peggy Sasso, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s)　1　as alleged in the violation petition filed on　3/20/2018　.

[ ] was found in violation of condition(s) of supervision as to charge(s)　　after denial of guilt, as alleged in the violation petition filed on　　.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | UNAUTHORIZED ACCESS OF CREDIT | July 2017 |

The court:　[ ] revokes:　[✓] modifies:　[✓] continues under same conditions of supervision heretofore ordered on　2/3/2014　.

The defendant is sentenced as provided in pages 1 through　1　of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓]　The Court ordered a condition that he pay $600 monthly　　[X] APPEAL RIGHTS GIVEN.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/25/2018
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**Lawrence J. O'Neill**, United States District Judge
Name & Title of Judicial Officer

6/28/2018
Date